JUSTUS HEILBRONN et al., Appellants, *v.* ABRAHAM S. HERZOG, Respondent.

(Submitted January 21, 1901; decided January 25, 1901.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 98.)

---

WILLIAM KESWICK et al., Composing the Firm of JARDINE, MATHESON & COMPANY, Respondents, *v.* EDWARD RAFTER, Appellant.

*Keswick* v. *Rafter*, 35 App. Div. 508, affirmed.
(Argued January 11, 1901; decided January 29, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*George E. Blackwell* for appellant.

*Carlisle Norwood* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.